Argued and submitted December 16, 1999, vacated and remanded February 9, 2000

STATE OF OREGON,
*Respondent,*

*v.*

SHANNON MARLER,
*Appellant.*

(96590; CA A100447)

995 P2d 1217

Lester E. Seto argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Judgment of conviction vacated; remanded for entry of judgment of conviction for lesser included offense of third-degree assault. *State v. Cook,* 163 Or App 578, 989 P2d 474 (1999).